# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for use of THOMPSON BUILDING WRECKING CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Civil Action No.: <br> 1:16-CV-00142-JRH |

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT, LIBERTY MUTUAL INSURANCE COMPANY, TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

COMES NOW the Plaintiff, UNITED STATES OF AMERICA for use of THOMPSON BUILDING WRECKING CO., INC. ("Thompson Building"), and Defendant, LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual"), who hereby moves this Court for an Order extending the time for Liberty Mutual Insurance Company ("Liberty") to answer or otherwise respond to Plaintiff's Complaint, through and including October 9, 2016. The undersigned counsel has just been engaged to represent Liberty and the time for response has not yet expired. The relief requested herein is for good cause and will not result in undue delay. The extension requested herein will allow Liberty

and its newly appointed counsel time to correspond further with respect to the allegations at issue and otherwise best position Liberty to meaningfully respond to the Complaint.

For the foregoing reasons, Thompson Building and Liberty Mutual respectfully request an extension of time, through and including October 9, 2016 for Liberty to respond to Plaintiff's Complaint. A proposed Order is attached hereto as **Exhibit "A"**.

Respectfully submitted this 9th day of September, 2016.

TISDALE MIDDLETON LAW FIRM     MILLS PASKERT DIVERS

| | |
|---|---|
| /s/ J. Andrew Tisdale | /s/ P. Keith Lichtman |
| J. Andrew Tisdale, Esq. | P. Keith Lichtman, Esq. |
| Georgia Bar No. 712955 | Georgia Bar No. 521321 |
| Barry N. Middleton, Esq. | 1201 West Peachtree Street, Suite 2610 |
| Georgia Bar No. 163217 | Atlanta, Georgia 30309 |
| 207 North Belair Road | (404) 870-8200  Telephone |
| Evans, Georgia 30809 | (404) 870-3080  Facsimile |
| (706) 869-1348  Telephone | klichtman@mpdlegal.com |
| (706) 869-9464  Facsimile | |
| andy@tisdalelawfirm.com | *Attorneys for Liberty Mutual Insurance Company* |
| barry@tisdalelawfirm.com | |

*Attorneys for United States of America for use of Thompson Building Wrecking Co., Inc.*

## **LOCAL RULE FONT CERTIFICATE**

This document uses Times New Roman 14-point type, which is permitted under the Local Rules.

## **ELECTRONIC CERTIFICATE OF SERVICE**

I CERTIFY that on September 9, 2016, I electronically filed *Joint Motion for Extension of Time for Defendant, Liberty Mutual Insurance Company, to File a Response to Plaintiff's Complaint* using the Court's CM/ECF system, which will automatically send notification(s) to counsel of record in this matter.

*/s/ P. Keith Lichtman, Esq.*
*Attorney*