# Exhibit "A"

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for use of THOMPSON BUILDING WRECKING CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Civil Action No.: <br> 1:16-CV-00142-JRH |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR LIBERTY MUTUAL INSURANCE COMPANY TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

THIS MATTER comes before the Court upon Plaintiff and Defendant, Liberty Mutual Insurance Company's ("Liberty Mutual"), Motion For Extension of Time to File a Response to Plaintiff's Complaint. For good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that Liberty Mutual is allowed an extension of time to response to Plaintiff's Complaint up to and including October 9, 2016.

Dated this _____ day of September, 2016.

By the Court:

_____
J. Randal Hall
United States District Court Judge
Augusta Division

Submitted by:

| TISDALE MIDDLETON LAW FIRM | MILLS PASKERT DIVERS |
|---|---|
| /s/ J. Andrew Tisdale | /s/ P. Keith Lichtman |
| J. Andrew Tisdale, Esq. | P. Keith Lichtman, Esq. |
| Georgia Bar No. 712955 | Georgia Bar No. 521321 |
| Barry N. Middleton, Esq. | 1201 West Peachtree Street, Suite 2610 |
| Georgia Bar No. 163217 | Atlanta, Georgia  30309 |
| 207 North Belair Road | (404) 870-8200  Telephone |
| Evans, Georgia 30809 | (404) 870-3080  Facsimile |
| (706) 869-1348  Telephone | klichtman@mpdlegal.com |
| (706) 869-9464  Facsimile | *Attorneys for Liberty Mutual Insurance Company* |
| andy@tisdalelawfirm.com | |
| barry@tisdalelawfirm.com | |

*Attorneys for United States of America for use of Thompson Building Wrecking Co., Inc.*