IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for use of THOMPSON BUILDING WRECKING CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | * * * * * * * * * * * * * * * | CV 116-142 |

## O R D E R

Presently before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 37.) Accordingly, all claims for relief asserted in this litigation shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Unless otherwise agreed by the parties, each party shall bear its own expenses of litigation, including attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of April, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA